# Statement of Cash Flows – 12 Months Ended 11/30/24

## Main Line Expo Inc
### December 1, 2023-November 30, 2024

| FULL NAME | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 522,187.12 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 1200 Accounts Receivable | -537,851.19 |
| 1230 Employee Receivables | 220.00 |
| 1450 Due from Affiliate | -26,184.89 |
| 1451 Due from Stockholder | 45,479.82 |
| 2000 Accounts Payable | -663.61 |
| 2010 Refunds Payable | 870.00 |
| 2032 Victory Bank Loan # 6244 | -8.12 |
| 2033 Victory Bank Loan # 6242 | -16,171.02 |
| 2035 Loan Payable - SBAD | 2,643.30 |
| 2036 Intuit Web Loan | -4,662.83 |
| 2037 Toyota Forklift Loan | -349.86 |
| 2052 Sunoco Credit Card | 3,389.17 |
| 2055 Citadel Mastercard | -2,030.24 |
| 2060 American Express | -62,242.21 |
| 2101 Payroll Liabilities:Net Payroll | |
| 2175 Payroll Liabilities:Support | |
| 2205 Payroll Liabilities:401K P/R Deductions | -2,600.00 |
| City of Philadelphia - Parking Violations Payable | 8.64 |
| Inventory Asset-1 | 10,025.00 |
| MLE Payable | |
| PA Department of Revenue Payable | 6,436.71 |
| PA Dept of Revenue Payable | 5,861.67 |
| Sales Tax Agency Payable | |
| Undistributed Tips | 18.56 |
| **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-$577,811.10** |
| **Net cash provided by operating activities** | **-$55,623.98** |
| **INVESTING ACTIVITIES** | |
| 1550 Machinery & Equipment | -6,069.93 |
| 1571 Accum. Depreciation | 34,557.00 |
| 1590 Computers & Software | 508.87 |
| 1680 Office Equipment | 247.77 |
| **Net cash provided by investing activities** | **$29,243.71** |
| **FINANCING ACTIVITIES** | |
| 3000 Opening Bal Equity | -1,050.00 |
| **Net cash provided by financing activities** | **-$1,050.00** |
| **NET CASH INCREASE FOR PERIOD** | **-$27,430.27** |
| **Cash at beginning of period** | **$33,475.38** |
| **CASH AT END OF PERIOD** | **$6,045.11** |