

200 Schell Lane, Suite 204
Phoenixville, PA 19460
(610) 265-6200
mike@mainlineexpo.com

July 22, 2025

United States Bankruptcy Court for the Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107

Re:  Main Line Expo Inc., Case No. 25-12825 (Chapter 11, Subchapter V)

**DECLARATION PURSUANT TO 11 U.S.C. § 1116(1)(B) – MOST RECENT CASH-FLOW STATEMENT**

I, Michael Gilason, President of Main Line Expo Inc. (the "Debtor"), hereby declare under penalty of perjury, pursuant to 11 U.S.C. § 1116(1)(B) and 28 U.S.C. § 1746, that:

 1. The Debtor has prepared and is contemporaneously filing herewith a Statement of Cash Flows covering the 12-month period ended November 30, 2024, which constitutes the most recent cash-flow statement available in the ordinary course of the Debtor's business records.

 2. The Debtor has not yet completed its monthly bookkeeping for the period December 1, 2024, through the petition date, July 15, 2025, and, therefore, no more current cash-flow statement exists.

 3. The Debtor is working diligently to bring its books and records current and anticipates filing an updated cash-flow statement reflecting the Debtor's financial activity through the petition date on or before August 31 2025. Upon its completion, the Debtor will docket such updated statement and serve it on the Subchapter V trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2025, at Phoenixville, Pennsylvania.

_____
Michael Gilason
President

