# Balance Sheet

## Main Line Expo Inc
### As of November 30, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Assets** | |
|   Current Assets | |
|   Bank Accounts | |
|     1020 Victory Bank Operating 1577 | 2,918.08 |
|     1021 Victory Bank Payroll 1550 | -11,510.70 |
|     1022 Victory Bank Petty Cash 1569 | 201.06 |
|     1030 QuickBooks Checking Account | 5,285.12 |
|     1080 Citadel Savings | 51.55 |
|   **Total for Bank Accounts** | **-$3,054.89** |
|   Accounts Receivable | |
|     1200 Accounts Receivable | 705,171.62 |
|   **Total for Accounts Receivable** | **$705,171.62** |
|   Other Current Assets | |
|     1120 Inventory Asset | |
|     1201 AR Account Cleanup | |
|     1210 A/R - Other | |
|     1230 Employee Receivables | 450.00 |
|     1250 - suspense | |
|     1400 Loans and Exchanges | |
|     1450 Due from Affiliate | -76,988.82 |
|     1451 Due from Stockholder | -21,403.25 |
|     1499 Undeposited Funds | 9,100.00 |
|     66901 Reconciliation Differences-Dep | |
|     Credit Card Receivables | |
|     Inventory Asset-1 | -9,475.00 |
|   **Total for Other Current Assets** | **-$98,317.07** |
|   **Total for Current Assets** | **$603,799.66** |

## Balance Sheet as of 11/30/24 (Debtor)

### Main Line Expo Inc
As of November 30, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Fixed Assets | |
| 1550 Machinery & Equipment | 45,737.36 |
| 1560 Leasehold Improvements | 5,688.61 |
| 1570 Tables and Equipment | 822,141.73 |
| 1571 Accum. Depreciation | -890,110.37 |
| 1580 Furniture and Fixtures | 110,949.04 |
| 1590 Computers & Software | 4,148.00 |
| 1650 Vehicles | 40,972.82 |
| 1680 Office Equipment | 3,200.00 |
| **Total for Fixed Assets** | **$142,727.19** |
| Other Assets | |
| 1690 CR Shows Purchase | |
| 1800 Utility Deposits | |
| 1805 Refundable Deposits | 4,305.00 |
| 1810 Other Assets | |
| 1900 Security Deposit | 18,774.54 |
| **Total for Other Assets** | **$23,079.54** |
| **Total for Assets** | **$769,606.39** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 Accounts Payable | 193,775.88 |
| **Total for Accounts Payable** | **$193,775.88** |
| Credit Cards | |
| 2040 MBNA (B of Am) $15,000 (#6669) | |
| 2052 Sunoco Credit Card | 11,663.51 |
| 2055 Citadel Mastercard | 16,563.35 |
| 2060 American Express | -60,750.66 |
| Sears Card #8135 | |

# Balance Sheet as of 11/30/24 (Debtor)

## Main Line Expo Inc
### As of November 30, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Total for Credit Cards** | **-$32,523.80** |
| Other Current Liabilities | |
|  2001 A/P - Other | |
|  2008 Accrued expenses | |
|  2010 Refunds Payable | 620.00 |
|  2011 Woman's Show - Customer Deposit | |
|  2012 Chester County Flower Show | |
|  2013 Spring Break | 1,092.00 |
|  2014 ACT Advertising Communication T | |
|  2030 Credit Line - BB&T Bank | |
|  2031 Victory Bank Loan # 4828 | |
|  2032 Victory Bank Loan # 6244 | 29,991.88 |
|  2033 Victory Bank Loan # 6242 | 9,874.06 |
|  2034 Loan Payable - PPP | |
|  2035 Loan Payable - SBAD | 148,257.30 |
|  2036 Intuit Web Loan | -1,368.33 |
|  2037 Toyota Forklift Loan | 7,146.93 |
|  2045 MBNA #9489 | |
|  2049 MasterCard Loan | |
|  2051 Shell Credit Card | |
|  2100 Payroll Liabilities | 0 |
|   2101 Net Payroll | |
|   2102 State Withholding PA | |
|   2104 SUIPA | |
|   2110 Federal Withholding | |
|   2120 FICA | |
|   2130 FUTA | |
|   2140 Medicare | |
|   2175 Support | |
|   2181 West Whiteland W/H | |
|   2182 Norristown W/H | |
|   2190 Phila W/H Tax Payable | |
|   2200 OPT Tax Payable | |
|   2201 Local Service Tax | |
|   2205 401K P/R Deductions | -244.64 |
|   2206 401K Loans | |
|   2210 Union Dues | |
|   2211 NJ Withholding | |

# Main Line Expo Inc
## Balance Sheet as of 11/30/24 (Debtor)
As of November 30, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Total for 2100 Payroll Liabilities** | **-$244.64** |
| 2145 Employee Advance | |
| 2146 Employee Loans | |
| 2147 Miscellaneous Deductions | |
| 2195 Accrued SEP | |
| 2290 Sales Tax Payable | 60.48 |
| City of Philadelphia - Parking Violations Payable | 368.34 |
| Due to LVE | |
| MLE Payable | |
| New Jersey Department of Rev Payable | 1,228.00 |
| New York Payable | 428.44 |
| PA Department of Revenue Payable | 15,958.37 |
| PA Dept of Revenue Payable | $48,566.76 |
|   Sales Tax Payable | |
| **Total for PA Dept of Revenue Payable** | **$48,566.76** |
| Sales Tax Agency Payable | |
| Undistributed Tips | 18.56 |
| **Total for Other Current Liabilities** | **$261,998.15** |
| **Total for Current Liabilities** | **$423,250.23** |
| Long-term Liabilities | |
|   2295 Nat'l Penn Bank | |
|   2300 Loan Payable | |
|   2320 Notes Payable - Officer | |
|   2800 The Party Center Payable | |
|   2990 Truck Loan | |
|   2991 Truck Loan - Fulton Bank | |
|   2992 Truck Loan - TIAA Bank | |
| **Total for Long-term Liabilities** | **0** |
| **Total for Liabilities** | **$423,250.23** |
| Equity | |
|   3040 Retained Earnings | 277,411.14 |
|   Net Income | 67,945.02 |
|   3000 Opening Bal Equity | |
|   3010 Common Stock | 1,000.00 |
|   3020 Capital Draw | |
|   3030 Additional Paid in Capital | |
| **Total for Equity** | **$346,356.16** |
| **Total for Liabilities and Equity** | **$769,606.39** |