## Statement of Operations – YTD 11/30/24 (Debtor)

### Main Line Expo Inc
### January 1-November 30, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   4100 Services | 477,276.94 |
|   4200 Cash Discounts | -125.00 |
|   4400 Misc Income | 130.00 |
|   4410 CC Surcharge Fee Income | 1,152.16 |
|   4500 Admin Fee Income | 40,000.00 |
|   Discounts given | -1,972.71 |
|   Returned Check Charge | 30.00 |
|   Sales | 88,217.25 |
|   Sales of Product Income | 82,220.20 |
| **Total for Income** | **$686,928.84** |
| Cost of Goods Sold | |
|   5000 Cost of Goods Sold | 10,025.00 |
|   6130 Contract Labor | |
|   6240 Equipment Rental | -1,892.76 |
|   6520 Materials | 3,712.12 |
|   6575 Gross Wages | 0 |
|     6578 LVE Subcontractors | -5,050.76 |
|     SetUp Wages | 221,241.84 |
|   **Total for 6575 Gross Wages** | **$216,191.08** |
|   6576 Union Contract Costs | 20,751.65 |
|   6810 Signs | 685.02 |
|   6815 Outside Services | 20,965.50 |
|   6816 Subrental | 9,156.70 |
|   6937 Union Benefits | 3,537.88 |
|   Inventory Shrinkage | |
| **Total for Cost of Goods Sold** | **$283,132.19** |
| **Gross Profit** | **$403,796.65** |
| Expenses | |
|   6021 Web Expense | 89.55 |
|   6050 Automobile Expense | 4,320.35 |
|   6051 Parking & Tolls | 46.30 |
|   6052 Fuel | 1,735.56 |
|   6060 Bank Service Charges | 1,775.74 |
|   6070 CC Processing Fees | 7,678.41 |
|   6180 Charitable Donation | |
|   6220 Dues and Subscriptions | 5,515.75 |
|   6250 Freight Expense | 208.02 |

## Statement of Operations – YTD 11/30/24 (Debtor)

### Main Line Expo Inc
January 1-November 30, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| 6380 Insurance | $21,810.54 |
|   6430 Medical Ins. | -3,428.22 |
|   6432 Dental Ins. | 53.49 |
|   Dental | |
| **Total for 6380 Insurance** | **$18,435.81** |
| 6440 Interest Expense | 0 |
|   6450 Finance Charge | 7,579.62 |
|   6460 Loan Interest | 3,847.46 |
| **Total for 6440 Interest Expense** | **$11,427.08** |
| 6500 Licenses and Permits | 160.00 |
| 6522 Crew Meals | 285.15 |
| 6530 Miscellaneous | 602.48 |
| 6547 Employee Mileage | 3,365.60 |
| 6550 Office Supplies | 178.87 |
| 6551 Computer Software | 2,755.04 |
| 6560 Payroll Expenses | 0 |
|   6572 Officer Salary | 60,220.80 |
| **Total for 6560 Payroll Expenses** | **$60,220.80** |
| 6580 Payroll Taxes | 34,819.30 |
| 6608 Payroll Processing | 3,165.15 |
| 6610 Postage and Delivery | 105.62 |
| 6640 Professional Fees | 0 |
|   6650 Accounting | 3,370.00 |
|   6655 Bookkeeping Expense | 3,850.00 |
| **Total for 6640 Professional Fees** | **$7,220.00** |
| 66900 Uncategorized Expenses | 26,517.93 |
| 6690 Rent | 67,555.45 |
| 6710 Repairs | $15.88 |
|   6730 Computer Repairs | 200.00 |
|   6760 Truck Repairs & Maint. | 2,753.30 |
| **Total for 6710 Repairs** | **$2,969.18** |
| 6880 Telephone | 1,499.34 |
| 6885 Tolls and Parking | 1,550.00 |
| 6890 Trash Removal | 1,473.76 |
| 6900 Travel & Ent | 0 |
|   6920 Meals | 102.40 |
|   6930 Travel | 548.45 |
| **Total for 6900 Travel & Ent** | **$650.85** |
| 6935 Truck Rental | 56,996.73 |
| 6940 Utilities | 3,281.60 |

## Statement of Operations – YTD 11/30/24 (Debtor)

### Main Line Expo Inc
January 1-November 30, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| 6999 Commission Expense | 7,343.95 |
| Laundry | 25.90 |
| subcontract | 1,512.00 |
| Uncategorized Expense | 640.71 |
| **Total for Expenses** | **$336,127.98** |
| **Net Operating Income** | **$67,668.67** |
| Other Income | |
| 7010 Interest Income | 112.05 |
| Late Fee Income | 164.30 |
| **Total for Other Income** | **$276.35** |
| Other Expenses | |
| **Net Other Income** | **$276.35** |
| **Net Income** | **$67,945.02** |

**Accrual Basis  Wednesday, July 23, 2025 03:32 AM GMTZ**                                                        3/3