### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Main Line Expo Inc., | § | Case No. 25-12825-DJB |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER COMPELLING THE DEBTOR TO CLOSE ITS PREPETITION BANK ACCOUNT AND OPEN A DEBTOR-IN-POSSESSION ACCOUNT AT A BANK THAT IS PARTY TO A UNIFORM DEPOSITORY AGREEMENT**

Upon the *Motion Of The United States Trustee To Compel The Debtor To Close Its Prepetition Bank Account And Open A Debtor-In-Possession Account At A Bank That Is Party To A Uniform Depository Agreement* (the "Motion"),[1] and the Court having considered the Motion, all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Debtor shall immediately close the Unprotected Bank Account.

3. The Debtor shall immediately open a DIP Account at a UDA Bank.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

1

4.      The Debtor shall immediately (a) contact the UDA Bank, (b) provide the UDA Bank with the Debtor's employer identification number, and (c) instruct the UDA Bank to name the DIP Account as a "Debtor in Possession" account with the Petition Date and the bankruptcy case number included on the account title.

5.      The DIP Account must be in full compliance with Bankruptcy Code section 345.

6.      The Debtor shall file a certification (the "Certification") on the docket confirming full compliance with this Order within fourteen (14) calendar days from the date hereof (the "Compliance Deadline").  If the Debtor fails to file the Certification by the Compliance Deadline, the U.S. Trustee may file a notice of non-compliance on the public docket (the "Notice").  Upon filing of the Notice, the Court shall schedule an expedited hearing (the "Hearing").  At the Hearing, the Court will consider, *inter alia*, the appropriate remedies for the Debtor's non-compliance with this Order, including, without limitation, sanctions, dismissal, and conversion.  Nothing herein limits the Court's ability to hear other matters it deems appropriate at the Hearing

7.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: _____                          _____
                                                  The Honorable Derek J. Baker
                                                  United States Bankruptcy Judge

2