**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Main Line Expo Inc., | § § § | Case No. 25-12839-DJB |
| Debtor. | § § § | |

**O R D E R**

    **AND NOW**, upon consideration of *Motion for Expedited Consideration of Motion Of The United States Trustee To Compel The Debtor To Close Its Prepetition Bank Account And Open A Debtor-In-Possession Account At A Bank That Is Party To A Uniform Depository Agreement* ("the Motion to Shorten")*,* and the request for an expedited hearing on the *Motion Of The United States Trustee To Compel The Debtor To Close Its Prepetition Bank Account And Open A Debtor-In-Possession Account At A Bank That Is Party To A Uniform Depository Agreement* ("the Motion"), and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED** as set forth herein.

2. A hearing to consider the Motion shall be held on **August 26, 2025 at 1:00 p.m.** (the "Hearing"). The Hearing will be conducted in the following format*s*:

☒ Video Conference using the following link. If no link is provided, the video conference link will be included on the hearing calendar.  ZOOMGOV.COM  with  Join Meeting ID:  161 0657 4791
☒ In-Person at  Courtroom #2 , in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107

The Hearing on this Motion will be an evidentiary hearing.

3. Written objections or other responsive pleadings to the Motion must be filed on or before **August 22, 2025 at 4:00 p.m. (ET)**.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all parties otherwise requesting notice by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on  August 5, 2025 . Service made to each party identified above through the court's CM/ECF system is effective.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local

Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on   August 5, 2025                              .

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: **August 5, 2025**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**